CAROL M. GARVEY, an Infant, by JUSTIN C. GARVEY, Her Guardian ad Litem, et al., Appellants, *v.* A. O. FEIDELSON, INC., Respondent, et al., Defendants.

Argued January 3, 1949; decided January 13, 1949.

*Michael A. Petroccia* and *Louis A. Guarino* for appellants.

*William F. McNulty* and *John McKim Minton* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., DESMOND, DYE and FULD, JJ.; LEWIS and CONWAY, JJ., dissent and vote for reversal and a new trial on the ground that the record presents questions of fact requiring submission to the jury.